# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00810-CV

**Stephen D. Fox, as next friend of C. F. and M. F., Appellant**

**v.**

**Mirna Azucena Alberto Perez, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. C2014-1613B, HONORABLE DIP WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Stephen D. Fox filed his notice of appeal on December 24, 2014, and his brief was originally due on February 4, 2015. On Fox's motion, the deadline for filing was extended to May 5, 2015. However, Fox did not file a brief by this deadline but instead filed a second motion, requesting that we extend his deadline for filing to August 3, 2015. On May 14, 2015, this Court granted Fox's second motion for extension of time and ordered him to file his brief no later than August 3. We also notified Fox that his failure to comply with the order could result in the dismissal of this appeal. *See* Tex. R. App. P. 38.8(a). To date, Fox has not filed a brief. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3 (b), (c).

_____

                                     Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:   September 4, 2015